FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY M. H.,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:21-CV-00143-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

    Before the Court is the parties' Stipulated Motion for Remand, ECF No. 18. The motion was considered without oral argument. Defendant is represented by Danielle Mroczek and Timothy Durkin. Plaintiff is represented by Bryant A. Sutton.

    The parties stipulate that the above-captioned case be reversed and remanded for further administrative proceedings.

    Accordingly, **IT IS HEREBY ORDERED:**

    1. The parties' Stipulated Motion for Remand, ECF No. 18, is **GRANTED**.

    2. Based on the stipulation of the parties, the above-captioned case is **reversed** and **remanded** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will offer the claimant the opportunity for a hearing; further develop the record in accordance with 20 C.F.R. § 404.1512; if warranted and available, send

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 1

the claimant to a consultative examination performed by a cardiologist; if necessary, obtain medical expert evidence; further evaluate the claimant's subjective complaints; as necessary, proceed through the sequential evaluation process; and issue a new decision.

3. Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel and close the file.

**DATED** this 10th day of January 2022.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 2